# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-CR-074-LRH-(WGC) |
| Plaintiff, | ) ) | |
| v. | ) ) | Final Order of Forfeiture |
| RODERICK COLE, | ) ) | |
| Defendant. | ) ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant RODERICK COLE to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant RODERICK COLE pled guilty. Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 18; Change of Plea, ECF No. 22.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 6, 2016, through March 6, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 20.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

///

1    This Court finds no petitions are pending with regard to the assets named herein and the
2 time for presenting such petitions has expired.
3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
4 right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
5 in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
6 Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States
7 Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed
8 of according to law:

   1. a Glock Model 27 Gen 3, .40 caliber pistol bearing serial number WYS577; and
   2. any and all ammunition.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

   DATED this 19th day of May, 2016.

   _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE